Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **CHG Legacy Group, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **27-2914761** |

| **4.** | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **4 West Red Oak Lane, Suite 201** **White Plains, NY 10604** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| **5.** | **Debtor's website** (URL) | |
|---|---|---|

| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
|---|---|---|
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 1

Debtor  **CHG Legacy Group, LLC**        Case number (*if known*)
        Name

**7. Describe debtor's business**   A. *Check one:*
☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:
  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  ☐ A plan is being filed with this petition.
  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
■ No.
☐ Yes.

If more than 2 cases, attach a separate list.
District _____  When _____  Case number _____
District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **New Louisiana Holdings, LLC**   Relationship **Affiliate**
District **Western District of Louisiana**   When **6/25/14**   Case number, if known **14-50756**

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

| Debtor | CHG Legacy Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49           ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99         ☐ 5001-10,000        ☐ 50,001-100,000
☐ 100-199      ☐ 10,001-25,000      ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000               ■ $1,000,001 - $10 million           ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million           ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million         ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000               ■ $1,000,001 - $10 million           ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million           ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million         ☐ More than $50 billion

| Debtor | CHG Legacy Group, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2016**
MM / DD / YYYY

**X**   **/s/ Raymond Mulry**        **Raymond Mulry**
Signature of authorized representative of debtor      Printed name

Title   **Designated Officer**

**18. Signature of attorney**

**X**   **/s/ Patrick J. Neligan, Jr.**      Date   **April 25, 2016**
Signature of attorney for debtor      MM / DD / YYYY

**Patrick J. Neligan, Jr.**
Printed name

**Neligan Foley LLP**
Firm name

**325 N. St. Paul**
**Suite 3600**
**Dallas, TX 75201**
Number, Street, City, State & ZIP Code

Contact phone   **214-840-5300**     Email address   **www.neliganlaw.com**

**14866000**
Bar number and State

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

# UNANIMOUS WRITTEN CONSENT OF THE MANAGER
# OF CHG LEGACY GROUP, LLC

The undersigned, being the manager (the "Manager") of CHG Legacy Group, LLC (the "Company"), a Delaware limited liability company, does hereby consent to, approve and adopt the following resolutions without a meeting, waive the notice period, if any, required by the Limited Liability Company Agreement of the Company and/or applicable law, and agrees that the following resolutions shall have the same force and effect as if unanimously adopted at a duly convened meeting of the Company:

RESOLVED, that in the judgment of the Manager it is desirable and in the best interests of the Company, its creditors, and other interested parties that a voluntary petition for relief (the "Petition") be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"); and be it

FURTHER RESOLVED, that the Company shall be, and it hereby is, authorized, directed, and empowered to file the Petition and to perform any and all such acts as are reasonable, advisable, expedient, convenient, proper, or necessary to effect any of the foregoing; and be it

FURTHER RESOLVED, that James A. Blalock, III and Raymond P. Mulry (the "Designated Officers") are hereby authorized, directed and empowered, on behalf of and in the name of the Company: (i) to execute and verify the Petition and all other ancillary documents to cause the Petition to be filed with the United States Bankruptcy Court for the Western District of Louisiana and to make or cause to be made prior to execution thereof any modifications to the Petition or ancillary documents; (ii) to execute, verify, and file or cause to be filed all petitions, schedules, lists, motions, applications, and other papers or documents necessary or desirable in connection with the foregoing; and (iii) to execute and verify any and all documents necessary or appropriate in connection therewith in such form or forms as the Designated Officer(s) may approve; and be it

FURTHER RESOLVED, that the Designated Officers are appointed hereunder because (i) the Company no longer conducts any business activities and has no employees, and (ii) Designated Officers through their involvement with the Company as advisors and service providers during the periods prior to cessation of the Company's operations have knowledge of its operating history and are best suited to represent the interests of the Manager in the proceedings that will follow the filing of the Petition; and be it

FURTHER RESOLVED, that the Designated Officers be, and hereby are, authorized, directed and empowered from time to time, in the name and on behalf of the Company, to take such actions and execute and deliver such certificates, instruments, notices and documents as may be required or as the Designated Officer(s) may deem necessary, advisable or proper to carry out and perform the obligations of the Company under the Bankruptcy Code; all such actions to be performed in such manner, and all such certificates, instruments, notices and documents to be executed and delivered in such form, as the Designated Officer

performing or executing the same shall, with the advice of counsel, approve, the performance or execution thereof by such officer to be conclusive evidence of the approval thereof by such officer and by the Company; and be it

FURTHER RESOLVED, that the law firms of Neligan Foley LLP and Baker, Donelson, Bearman, Caldwell & Berkowitz, PC, be and hereby are authorized, empowered, and directed to represent the Company, as debtor and debtor in possession, in connection with any case commenced by or against it under the Bankruptcy Code; and be it

FURTHER RESOLVED, that each of the Designated Officer(s) be, and each hereby is, authorized, directed and empowered to retain on behalf of the Company such other attorneys, financial advisors, and accountants as the Designated Officer(s) so acting shall deem appropriate in its judgment; and be it

FURTHER RESOLVED, that, in addition to the specific authorizations heretofore conferred upon the Designated Officers, they are hereby authorized, directed and empowered, in the name and on behalf of the Company, to do or cause to be done all such further acts and to execute and deliver all such other instruments, certificates, agreements and documents as he may, with the advice of counsel, consider necessary or appropriate to enable the Company to carry out the intent and to accomplish the purpose of the foregoing resolutions; and be it

FURTHER RESOLVED, that all actions heretofore taken by the Designated Officers in connection with the foregoing resolutions be, and hereby are, confirmed, ratified and approved in all respects.

[Signature page follows]

IN WITNESS WHEREOF, the undersigned has caused this Written Consent to be executed by its duly authorized representative as of April 15, 2016.

        **MANAGER**:

        **CHG LEGACY MASTER HOLDINGS, LLC,**

        **By: ASSET NAVIGATOR, LLC, its Manager**

        By: *[signature]*
        Name: Mitchell Starer
        Title: Authorized Representative

3

# United States Bankruptcy Court
## Western District of Louisiana

In re    **CHG Legacy Group, LLC**            Case No.
                                       Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Cypress Health Care Holdings LLC**<br>201 West Red Oak Lane, Suite 201<br>White Plains, NY 10604 | | 5% | |
| **Cypress Master Holdings, LLC**<br>4 West Oak Lane, Suite 201<br>White Plains, NY 10604 | | 95% | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the **Designated Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **April 25, 2016**                        Signature    **/s/ Raymond Mulry**
                                                                                          **Raymond Mulry**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

In re   **CHG Legacy Group, LLC**            Case No.
                                         Debtor(s)         Chapter   **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **CHG Legacy Group, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Cypress Master Holdings, LLC**
**4 West Oak Lane, Suite 201**
**White Plains, NY 10604**

☐ None [*Check if applicable*]

| | |
|---|---|
| **April 25, 2016** | **/s/ Patrick J. Neligan, Jr.** |
| Date | **Patrick J. Neligan, Jr. 14866000** |
| | Signature of Attorney or Litigant |
| | Counsel for   **CHG Legacy Group, LLC** |
| | **Neligan Foley LLP** |
| | **325 N. St. Paul** |
| | **Suite 3600** |
| | **Dallas, TX 75201** |
| | **214-840-5300 Fax:214-840-5301** |
| | **www.neliganlaw.com** |

# United States Bankruptcy Court
## Western District of Louisiana

In re: **CHG Legacy Group, LLC**
Debtor(s)

Case No.
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Designated Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **April 25, 2016**

**/s/ Raymond Mulry**
**Raymond Mulry**/**Designated Officer**
Signer/Title

A. STUART HUDSON
HUGHEY LAW FIRM, LLC
P.O. BOX 348
MOUNT PLEASANT, SC 29465-0348


ABILITY NETWORK, INC.
DEPT. CH 16577
PALATINE, IL 60055-6577


ALAN J. LANDERMAN
HALICZER, PETTIS & SCHWAMM
LANDMARK CENTER TWO, SUITE 475
225 EAST ROBINSON STREET
ORLANDO, FL 32801


ALEXANDER M. CLEM
MORGAN & MORGAN
P.O. BOX 4979
ORLANDO, FL 32802-4979


AMERICAN EXPRESS
P.O. BOX 1270
NEWARK, NJ 07101-1270


AVI GILBURT
2801 SHADOWRIDGE DR., SUITE 100
OLNEY, MD 20832


BRETT K. FINDLER
FINDLER & FINDLER, P.A.
3 HARVARD CIRCLE, SUITE 100
WEST PALM BEACH, FL 33498


BRIGGS
P.O. BOX 1355
DES MOINES, IA 50305-1355

CANON SOLUTIONS AMERICA, INC.
15004 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


CLARK PARTINGTON LARRY
BOND & STACKHOUSE
ONE PENSACOLA PLAZA, SUITE 800
125 WEST ROMANA STREET
PENSACOLA, FL 32502


D. MARC WARNER
WARNER, SECHREST & BUTTS, P.A.
5200 SW 91ST TERRACE, SUITE 101
GAINESVILLE, FL 32608


DEBORAH GALLAGHER WARNER
WARNER & WARNER
5200 SOUTH U.S. HIGHWAY 17-92
CASSELBERRY, FL 32707


DELAWARE SECRETARY OF STATE
DIVISION OF CORPORATIONS
401 FEDERAL STREET, SUITE 4
DOVER, DE 19901


EHEALTH DATA SOLUTIONS
P.O. BOX 385
AURORA, OH 44202-0385


FEDEX
P.O. BOX 37146
PITTSBURGH, PA 15250-7461


FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
P.O. BOX 6198
TALLAHASSEE, FL 32314

FRANSON & ISELEY, P.A.
1400 PRUDENTIAL DRIVE, SUITE 5
JACKSONVILLE, FL 32207

GENESYS CONFERENCE
DEPARTMENT 0938
DENVER, CO 80256

GREENBERG TRAURIG, LLP
101 EAST COLLEGE AVENUE
P.O. DRAWER 1838
TALLAHASSEE, FL 32303

HALL BOOTH SMITH & SLOVER PC
191 PEACHTREE STREET, SUITE 2900
ATLANTA, GA 30303

HEATHCARE SERVICES GROUP
3220 TILLMAN DRIVE, SUITE 300
BENSALEM, PA 19020

HUB INTL GULF SOUTH LIMITED
P.O. BOX 6650
METAIRIE, LA 70009-6650

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK, NY 10087-7128

JAMES SADD
SLAPPEY & SADD, LLC
352 SANDY SPRINGS CIRCLE
ATLANTA, GA 30328

KENNETH T. LUMB
CORBOY & DEMETRIO, P.C.
33 NORTH DEARBORN ST., 21ST FL.
CHICAGO, IL 60602


KIMBERLY M. KOHN
GOUDIE & KOHN
3004 WEST CYPRESS STREET
TAMPA, FL 33609


MALCOLM PUROW
DELL & SCHAEFER
2404 HOLLYWOOD BLVD.
HOLLYWOOD, FL 33020


MICHAEL J. BREVDA
DOMNICK & SHEVIN PL
5100 PGA BOULEVARD, SUITE 317
PALM BEACH GARDENS, FL 33418


MICROTEK
24082 NETWORK PLACE
CHICAGO, IL 60673-1240


MY INNERVIEW
P.O. BOX 809030
CHICAGO, IL 60680-9030


NATALIE S. WOODARD
WOODARD & STERN, LLC
38 SLOAN STREET
Roswell, GA 30075


NATHAN P. CARTER
COLLING, GILBER, WRIGHT & CARTER
801 N. ORANGE AVE., SUITE 830
ORLANDO, FL 32801

```
PC CONNECTION
P.O. BOX 382808
PITTSBURGH, PA 15250-8808


PHELPS DUNBAR
P.O. BOX 974798
DALLAS, TX 75397-4798


RECALL
015295 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


ROTH DONER JACKSON PLC
8200 GREENSBORO DRIVE, SUITE 820
MCLEAN, VA 22102


SANGA TURNBULL
SMITH & STALLWORTH, P.A.
500 SOUTH FLORIDA AVENUE
SUITE 510
LAKELAND, FL 33801


SECRETARY OF TREASURY
UNITED STATES OF AMERICA
WASHINGTON, DC 20220


THE NEWS-PRESS MEDIA GROUP
P.O. BOX 677583
DALLAS, TX 75267-7583


U.S. SECURITIES & EXCHANGE COMM.
CHICAGO REGIONAL OFFICE
175 W. JACKSON BLVD. SUITE 900
CHICAGO, IL 60604


UNITED PARCEL SERVICE
P.O. BOX 7247-0244
PHILEDELPHIA, PA 19170
```

WALTON MANAGEMENT SERVICES INC.
3321 DORIS AVENUE
OCEAN TOWNSHIP, NJ 07712


WESCOM SOLUTION, INC.
6975 CREDITVIEW ROAD
MISSISSAUGA, ON    L5N 8E9


WILLIAM A. DEAN
FORD & DEAN, P.A.
TURNBERRY PLAZA, SUITE 600
2875 NE 191 STREET
AVENTURA, FL 33180


ZURICH NORTH AMERICA
8745 PAYSPHERE CIRCLE
CHICAGO, IL 60674