Fill in this information to identify the case:
Debtor name: **CHG Legacy Group, LLC**
United States Bankruptcy Court for the: **WESTERN DISTRICT OF LOUISIANA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| ABILITY NETWORK, INC. DEPT. CH 16577 PALATINE, IL 60055-6577 | | Trade debt | | | | $2,420.23 |
| BRIGGS P.O. BOX 1355 DES MOINES, IA 50305-1355 | | Trade debt | | | | $1,557.00 |
| CANON SOLUTIONS AMERICA, INC. 15004 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | | Trade debt | | | | $217.00 |
| CLARK PARTINGTON LARRY BOND & STACKHOUSE ONE PENSACOLA PLAZA, SUITE 800 125 WEST ROMANA STREET PENSACOLA, FL 32502 | | Trade debt | | | | $22,105.00 |
| EHEALTH DATA SOLUTIONS P.O. BOX 385 AURORA, OH 44202-0385 | | Trade debt | | | | $67,606.32 |
| FRANSON & ISELEY, P.A. 1400 PRUDENTIAL DRIVE, SUITE 5 JACKSONVILLE, FL 32207 | | Trade debt | | | | $693.00 |

| Debtor | CHG Legacy Group, LLC | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GREENBERG TRAURIG, LLP**<br>**101 EAST COLLEGE AVENUE**<br>**P.O. DRAWER 1838**<br>**TALLAHASSEE, FL 32303** | | **Legal Fees** | | | | $16,452.03 |
| **HALL BOOTH SMITH & SLOVER PC**<br>**191 PEACHTREE STREET, SUITE 2900**<br>**ATLANTA, GA 30303** | | **Legal Fees** | | | | $1,260.00 |
| **HEATHCARE SERVICES GROUP**<br>**3220 TILLMAN DRIVE, SUITE 300**<br>**BENSALEM, PA 19020** | | **Unsecured Promissory Note** | | | | $4,982,891.00 |
| **HUB INTL GULF SOUTH LIMITED**<br>**P.O. BOX 6650**<br>**METAIRIE, LA 70009-6650** | | **Trade debt** | | | | $735.00 |
| **IRON MOUNTAIN**<br>**P.O. BOX 27128**<br>**NEW YORK, NY 10087-7128** | | **Trade debt** | | | | $58,457.36 |
| **MY INNERVIEW**<br>**P.O. BOX 809030**<br>**CHICAGO, IL 60680-9030** | | **Trade debt** | | | | $5,910.00 |
| **PC CONNECTION**<br>**P.O. BOX 382808**<br>**PITTSBURGH, PA 15250-8808** | | **Trade debt** | | | | $5,394.87 |
| **PHELPS DUNBAR**<br>**P.O. BOX 974798**<br>**DALLAS, TX 75397-4798** | | **Trade debt** | | | | $95,833.77 |
| **RECALL**<br>**015295 COLLECTIONS CENTER DRIVE**<br>**CHICAGO, IL 60693** | | **Trade debt** | | | | $3,769.79 |
| **THE NEWS-PRESS MEDIA GROUP**<br>**P.O. BOX 677583**<br>**DALLAS, TX 75267-7583** | | **Trade debt** | | | | $859.40 |

| Debtor | CHG Legacy Group, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **UNITED PARCEL SERVICE**<br>P.O. BOX 7247-0244<br>PHILEDELPHIA, PA 19170 | | **Trade debt** | | | | $945.09 |
| **WALTON MANAGEMENT SERVICES INC.**<br>3321 DORIS AVENUE<br>OCEAN TOWNSHIP, NJ 07712 | | **Trade debt** | | | | $87,790.61 |
| **WESCOM SOLUTION, INC.**<br>6975 CREDITVIEW ROAD<br>MISSISSAUGA, ON L5N 8E9 | | **Trade debt** | | | | $5,706.38 |
| **ZURICH NORTH AMERICA**<br>8745 PAYSPHERE CIRCLE<br>CHICAGO, IL 60674 | | **Trade debt** | | | | $41,278.00 |